WILLIAM S. GINSBURG, SBN. 99704
CHELSEA MONAHAN, SBN. 320462
BERG INJURY LAWYERS
2277 Watt Avenue, Second Floor
Sacramento, California 95825
Tel: (916) 641-5800
Email: cmonahan@berginjurylawyers.com

Attorneys for Plaintiff
TRACY BRANSON

LISA GRUEN (SBN 116077)
   *lgruen@goldbergsegalla.com*
ALEXANDRA ASCIONE (SBN 316499)
   *aascione@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone:  213.415.7200
Facsimile:  213.415.7299

Attorneys for Defendant
L BRANDS, INC. AND BATH & BODY WORKS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BRANSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BATH & BODY WORKS, LLC; L BRANDS, INC.; AND DOES 1 TO 100<br><br>        Defendants. | CASE NO.:  2:20-cv-02023-TLN-CKD<br>Assigned to Hon. Troy L. Nunley<br>[State Complaint Filed on August 10, 2020]<br>**Trial Date: None**<br><br>**ORDER RE STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER**<br><br>***[Filed concurrently with Stipulation to Modify Scheduling Order]*** |

After consideration of the Stipulation, the Court's file, and good cause appearing to modify the Initial Scheduling Order, the Court rules as follows:

    (a)    The Parties shall serve Initial Disclosures no later than March 10, 2021 and complete the fact depositions and discovery by November 8, 2021;

(b)(1) The Parties shall designate in writing and file with the Court the name address, and area of expertise of each expert the propose to tender at trial not later than November 22, 2021;

or

(b)(2) The Parties shall designate in writing and file with the Court the name, address, and area of expertise of each expert they propose to tender at trial not later than November 22, 2021 for Plaintiff and December 22, 2021 for Defendants;

(c)(1) The Parties shall designate in writing a supplemental list of expert witnesses by January 14, 2022;

or

(c)(2) The Parties shall designate in writing a supplemental list of expert witnesses by January 14, 2022 for Plaintiff and January 28, 2022 for Defendants; and

(d)   All expert discovery (including depositions) shall be completed by February 25, 2022.

IT IS SO ORDERED,

DATED: March 3, 2021

Troy L. Nunley
United States District Judge