UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BRANSON,<br><br>          Plaintiff,<br><br>   vs.<br><br>BATH & BODY WORKS, LLC; L BRANDS, INC.; AND DOES 1 TO 100<br><br>          Defendants. | CASE NO.: 2:20-cv-02023-TLN-CKD<br><br>**AMENDED ORDER RE STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |

After consideration of the Stipulation, the Court's file, and good cause appearing to modify the Initial Scheduling Order, the Court rules as follows:

(a)   The Parties shall serve Initial Disclosures no later than March 10, 2021 and complete the fact depositions and discovery by November 8, 2021;

(b)   The Parties shall designate in writing and file with the Court the name address, and area of expertise of each expert the propose to tender at trial not later than December 8, 2021;

(c)   The Parties shall designate in writing a supplemental list of expert witnesses by January 21, 2022; and

(d)   All expert discovery (including depositions) shall be completed by February 25, 2022.

IT IS SO ORDERED,

DATED: April 1, 2021

_____
Troy L. Nunley
United States District Judge

1
ORDER RE STIPULATION TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER