WILLIAM S. GINSBURG, SBN. 99704
CHELSEA MONAHAN, SBN. 320462
BERG INJURY LAWYERS
2277 Watt Avenue, Second Floor
Sacramento, California 95825
Tel: (916) 641-5800
Email: cmonahan@berginjurylawyers.com

Attorneys for Plaintiff
TRACY BRANSON


LISA GRUEN (SBN 116077)
　　*lgruen@goldbergsegalla.com*
ALEXANDRA ASCIONE (SBN 316499)
　　*aascione@goldbergsegalla.com*
**GOLDBERG SEGALLA LLP**
777 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017
Telephone:  213.415.7200
Facsimile:   213.415.7299

Attorneys for Defendant
L BRANDS, INC. AND BATH & BODY WORKS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BRANSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BATH & BODY WORKS, LLC; L BRANDS, INC.; AND DOES 1 TO 100<br><br>　　　　Defendants. | CASE NO.:  2:20-cv-02023-TLN-CKD<br>Assigned to Hon. Troy L. Nunley<br>[State Complaint Filed on August 10, 2020]<br>**Trial Date: None**<br><br>**ORDER RE STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>***[Filed concurrently with Stipulation to Modify Scheduling Order]*** |

After consideration of the Stipulation, the Court's file, and good cause appearing to modify the Initial Scheduling Order, the Court rules as follows:

　　a. The Fact Discovery Deadline currently scheduled for November 8, 2021 be extended ninety (90) days to February 7, 2022;

  b. The designation of the name, address and area of expertise of each expert the Plaintiff proposes to tender at trial be similarly extended from November 22, 2021 to February 22, 2022;

  c. The designation of the name, address and area of expertise of each expert the Defendant proposes to tender at trial be similarly extended from December 22, 2021 to March 22, 2022;

  d. The supplemental list of expert witnesses to be tendered by Plaintiff at trial be extended from January 14, 2022 to April 14, 2022;

  e. The supplemental list of expert witnesses to be tendered by Defendant at trial be extended from January 28, 2022 to April 28, 2022; and

  f. All expert discovery (including depositions) shall be completed by May 26, 2022.

IT IS SO ORDERED,

DATED:  October 22, 2021

_____
Troy L. Nunley
United States District Judge